UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

Michael J. Garnhart
Tina L. Garnhart

Case No.:  11 B 83612

Chapter:  13

Debtor(s)  Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Michael J. Garnhart, Tina L. Garnhart, Debtor(s), 182 Autumnwood Lane, Davis Junction, IL 61020
Brian A Hart, Attorney for Debtor(s), 1410 N. Main St, Rockford, IL 61103

You are hereby notified that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION has made post-petition advances of $700.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtors are due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION for the contractual mortgage payment due 05/01/2012.  As of the 06/28/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 05/01/2012 through 06/01/2012 post-petition mortgage payments, with the 07/01/2012 due and the 08/01/2012 coming due plus $0.00 in late charges.  The current mortgage payment amount due each month is $1,308.31.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/30/2012, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on  July 31, 2012.

 /s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-36081)**

NOTE: This law firm is deemed to be a debt collector.